**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

LEON P. GASKIN,
      Plaintiff,

vs.                                    Case No. 5:06cv157/MCR/EMT

DONALD GRIFFITH,
      Defendant.

_____/

**O R D E R**

       This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 12, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

       Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2.  Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction (Doc. 5) is **DENIED**.

       **DONE AND ORDERED** this 13th day of October, 2006.

                          s/ *M. Casey Rodgers*

                          **M. CASEY RODGERS
                          UNITED STATES DISTRICT JUDGE**