IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEON P. GASKIN,
    Plaintiff,

vs.                            Case No.:  5:06cv157/MCR/EMT

DONALD GRIFFITH,
    Defendant.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 23, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Plaintiff's motion to dismiss (Doc. 19), construed as a notice of voluntary dismissal, is **GRANTED** and this case is **DISMISSED without prejudice**.

    **DONE AND ORDERED** this   22nd   day of November 2006.

                          *s/ M. Casey Rodgers*
                          **M. CASEY RODGERS**
                          **UNITED STATES DISTRICT JUDGE**